UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X

GARY BOGLE,

                Plaintiff,

-against-

JOEL MELAMED, et al.,

                Defendants.

-------------------------------------------------------X

**ORDER**
**09 CV 1017 (RJD)(LB)**

**BLOOM, United States Magistrate Judge:**

Plaintiff filed this *pro se* action on August 3, 2009. The Court granted plaintiff's request to proceed *in forma pauperis*, and the United States Marshals Service ("USMS") served the complaint on a number of defendants. However, before these defendants answered, plaintiff filed an amended complaint. (Document 7.) The Assistant Corporation Counsel assigned to this case requests that responses to the amended complaint be held in abeyance "until such times as a proper party, entitled to representation by [Corporation Counsel], has been served with the operative complaint and requests [ ] representation." (Document 13.) The Assistant Corporation Counsel's request is denied. The Court will not direct the USMS to serve the amended complaint on those defendants who have already been served with the original complaint. The defendants who have been served shall respond to the amended complaint by April 14, 2010.

The docket reflects that the USMS has been unable to serve defendants "Salumaria" and "Freeman." (See documents 9-10.) Pursuant to Valentin v. Dinkins, 121 F.3d 72 (2d. Cir. 1997)(per curiam), the Court requests that the Assistant Corporation Counsel provide the full names and correct service addresses for these two defendants by April 14, 2010. The Corporation Counsel for the City of New York need not undertake to defend or indemnify these individuals at

this juncture. This Order merely provides a means by which plaintiff may name and properly serve these defendants.

SO ORDERED.

_____
LOIS BLOOM
United States Magistrate Judge

Dated: March 23, 2010
       Brooklyn, New York